## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS CHAPTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana; and CHARLENE MEUAX-MENARD, Lafayette Parish Registrar of Voters,<br><br>　　　　Defendants. | Civil Action No.<br>3:25-CV-00676<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Erin Wilder-Doomes |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO PLEAD

Defendants Nancy Landry and Charlene Meuax-Menard respectfully move for an extension of time of 21 days to file responsive pleadings under Local Rule 7(a).

Responsive pleadings were due on August 28, 2025. The requested 21-day extension (based on the earlier date) would extend that deadlines to September 18, 2025. Defendants certify that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time. *See* L.R. 7(a). Counsel for Plaintiffs does not oppose the requested extension.

1

Dated: August 29, 2025                              Respectfully submitted,

                                                ELIZABETH B. MURRILL
                                                Attorney General

| _/s/ Samuel W. Plauché IV_ | _/s/ Zachary Faircloth_ |
|---|---|
| SAMUEL W. PLAUCHÉ IV (La #20444) | ZACHARY FAIRCLOTH (La #39875) |
| MEGAN TERRELL (La #29433) |   Principal Deputy Solicitor General |
| HARRY VORHOFF (La #35365) | KELSEY L. SMITH* |
| PLAUCHÉ & Carr |   Principal Deputy Solicitor General |
| 1110 River Rd S. Suite 200 | OFFICE OF THE LOUISIANA ATTORNEY GENERAL |
| Baton Rouge, LA 70802 | 1885 North Third Street |
| Telephone: (225) 256-4028 | Baton Rouge, LA 70804 |
| Facsimile: (206) 588-4255 | Telephone: (225) 421-4088 |
| Billy@plauchecarr.com | Facsimile: (225) 326-6795 |
| Megan@plauchecarr.com | FairclothZ@ag.louisiana.gov |
| Harry@plauchecarr.com | |
| *Counsel for Defendant Nancy Landry* | *Counsel for Defendants* |
| | *\*pro hac vice forthcoming* |

## CERTIFICATE OF SERVICE

On August 29, 2025, I caused this document to be served electronically on counsel of record for Plaintiffs by filing the document using the CM/ECF system.

*s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
