# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS CHAPTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana; and CHARLENE MEUAX-MENARD, Lafayette Parish Registrar of Voters,<br><br>　　　　Defendants. | Civil Action No.<br>3:25-CV-00676<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Erin Wilder-Doomes |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Middle District of Louisiana, I, Zachary Faircloth, hereby move this Court for an Order authorizing Kelsey L. Smith to practice *pro hac vice* as counsel for Defendants Nancy Landry and Charlene Meuax-Menard in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Kelsey L. Smith in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Kelsey L. Smith from the Supreme Court of Texas, Exhibit B;

3. Proposed Order.

Dated: September 12, 2025         Respectfully submitted,

                                                ELIZABETH B. MURRILL
                                                Attorney General

                                                _/s/ Zachary Faircloth_
                                                ZACHARY FAIRCLOTH (La #39875)
                                                  Principal Deputy Solicitor General
                                                OFFICE OF THE LOUISIANA ATTORNEY
                                                GENERAL
                                                1885 North Third Street
                                                Baton Rouge, LA 70804
                                                Telephone: (225) 421-4088
                                                Facsimile: (225) 326-6795
                                                FairclothZ@ag.louisiana.gov

                                                *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

On September 12, 2025, I caused this document to be served electronically on counsel of record for Plaintiffs by filing the document using the CM/ECF system.

*s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)