# EXHIBIT A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS CHAPTER,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana; and CHARLENE MEUAX-MENARD, Lafayette Parish Registrar of Voters,<br><br>        Defendants. | Civil Action No.<br>3:25-CV-00676<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Erin Wilder-Doomes |

## DECLARATION OF KELSEY L. SMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

1. My name is Kelsey L. Smith. I am Deputy Solicitor General of the Office of the Attorney General of Louisiana.

2. I am not a member of the Louisiana bar, nor am I eligible for admission under Local Rule 83.2.1 for admission to the Court's bar.

3. I am admitted to practice law in Texas and am a member in good standing of the State Bar of Texas. A certificate of my good standing with the Supreme Court of Texas is attached.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's local rules.

I declare under the penalty of perjury that each statement in this declaration is true and correct to the best of my knowledge and information. I solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and that I will support the Constitution of the United States.

Dated September 12, 2025                                          <u>/s/ Kelsey L. Smith</u>