# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS CHAPTER,<br><br>      Plaintiff,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana; and CHARLENE MEUAX-MENARD, Lafayette Parish Registrar of Voters,<br><br>      Defendants. | Civil Action No.<br>3:25-CV-00676<br><br>Judge John W. deGravelles<br><br>Magistrate Judge Erin Wilder-Doomes |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

Defendants Nancy Landry and Charlene Meuax-Menard respectfully move to stay all proceedings for 60 days for the reasons stated in their attached Memorandum of Law.

Dated: September 29, 2025

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

 /s/ Samuel W. Plauché IV
SAMUEL W. PLAUCHÉ IV (La #20444)
MEGAN TERRELL (La #29433)
HARRY VORHOFF (La #35365)
PLAUCHÉ & CARR
1110 River Rd S. Suite 200
Baton Rouge, LA 70802
Telephone: (225) 256-4028
Facsimile: (206) 588-4255
Billy@plauchecarr.com
Megan@plauchecarr.com
Harry@plauchecarr.com

*Counsel for Defendant Nancy Landry*

 /s/ Zachary Faircloth
ZACHARY FAIRCLOTH (La #39875)
  Principal Deputy Solicitor General
KELSEY L. SMITH*
  Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov
SmithKel@ag.louisiana.gov

*Counsel for Defendants*

* admitted *pro hac vice*