# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL COUNCIL OF JEWISH WOMEN GREATER NEW ORLEANS, <br><br> Plaintiff, <br><br> v. <br><br> NANCY LANDRY, et al., <br><br> Defendants. | Civil Action No. 3:25-cv-676 <br><br> c/w <br><br> Civil Action No. 3:25-cv-413 <br><br> Judge: JWD - SDJ |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Secretary Nancy Landry and Lafayette Parish Registrar of Voters Charlene Meaux Menard move for dismissal of Plaintiff's claims (Counts I, II, III, IV, V, VI, VII) in Plaintiff's Complaint, ECF No. 1, for the reasons stated in their attached Memorandum of Law.

Dated: February 27, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

 /s/ Samuel W. Plauché IV  
SAMUEL W. PLAUCHÉ IV (La #20444)
MEGAN TERRELL (La #29433)
HARRY VORHOFF (La #35365)
PLAUCHÉ & CARR
1110 River Rd S. Suite 200
Baton Rouge, LA 70802
Telephone: (225) 256-4028
Facsimile:  (206) 588-4255
Billy@plauchecarr.com
Megan@plauchecarr.com
Harry@plauchecarr.com

*Counsel for Defendant Nancy Landry*

 /s/ Zachary Faircloth  
ZACHARY FAIRCLOTH (La #39875)
  Principal Deputy Solicitor General
KELSEY L. SMITH*
  Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile:  (225) 326-6795
FairclothZ@ag.louisiana.gov
SmithKel@ag.louisiana.gov

*Counsel for Defendants*

\* admitted pro hac vice

2